FILED
JUL - 2 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 13CR4527-MMA |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| MERI AVETISYAN (1), VARDUHI AVAGYAN (2), | |
| Defendants. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 2, 2014.

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge